**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Dennis Wayne Hughes**
**Rebecca Dawn Hughes, Debtors**

**Case No. 23-50094-KMS**
**CHAPTER 13**

# NOTICE

Debtors have filed papers with the court a Motion to Modify.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell Jr, United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Retain Funds.

Date: September 14, 2026

Signature: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Dennis Wayne Hughes**
**Rebecca Dawn Hughes, Debtors**

**Case No. 23-50094-KMS**
**CHAPTER 13**

**MOTION TO MODIFY PLAN**

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on January 24, 2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Subsequent to the filing of the bankruptcy petition, the Debtors became entitled to an inheritance upon the death of a relative. The inheritance constitutes property of the bankruptcy estate pursuant to the Bankruptcy Code and is non-exempt property.
3. The Debtors previously disclosed the inheritance and amended their schedules accordingly. However, the Debtors recently discovered the existence of an additional inheritance account that had not previously been disclosed in the amount of $13,565.36.
4. Upon learning of the omitted account, the Debtors promptly filed an Amended Schedule B disclosing the additional inheritance asset.
5. After review of the inheritance proceeds and the claims filed in this case, Debtors' counsel conferred with the Chapter 13 Trustee regarding the disposition of the additional funds.
6. The Chapter 13 Trustee has agreed that the Debtors may retain any excess inheritance proceeds remaining after payment of the balanced owed on Claim #1

field by Ford Motor Company plus applicable Trustee's fees. Therefore, Debtors shall turnover $4,000.00 of the proceeds to the Trustee.

7. The Debtors request authority to retain the remaining inheritance proceeds in the amount of $9,565.36 because they have incurred substantial personal and medical expenses, and the excess funds are needed to address those financial obligations.

8. Allowing the Debtors to retain the remaining proceeds will not prejudice creditors, as all allowed unsecured claims will be paid in full.

WHEREFORE, the Debtors respectfully request that this Court enter an Order authorizing the Debtors to retain all post-petition inheritance proceeds remaining after payment in full of all allowed unsecured claims and applicable Trustee's Fees together with such other and further relief as the Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on September 15, 2026 to:

By Electronic CM/ECF Notice:

Warren Cuntz

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DENNIS WAYNE HUGHES
REBECCA DAWN HUGHES

CASE NO: 23-50094

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 9/15/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/15/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DENNIS WAYNE HUGHES
REBECCA DAWN HUGHES

CASE NO: 23-50094

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/15/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50094
SOUTHERN DISTRICT OF MISSISSIPPI
TUE SEP 15 7-47-8 PST 2026

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

AMERICAN MEDICAL RESPONSE
250 HEMBREE PARK DRIVE
SUITE 12
ROSWELL GA 30076-3897

AARONS
12057 HWY 49
STE C
GULFPORT MS 39503-3177

AFFIRM INC
650 CALIFORNIA ST
FL 12
SAN FRANCISCO CA 94108-2716

AVANTWEBBANK
222 N LASALLE ST
CHICAGO IL 60601-1003

CREDENCE RESOURCE MANAGEMENT
PO BOX 2420
SOUTHGATE MI 48195-4420

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117-6217

CITIBANK
PO BOX 6497
SIOUX FALLS SD 57117-6497

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMENITY CAPITAL
PO BOX 182120
COLUMBUS OH 43218-2120

DENNIS HUGHES JR
744 TAMAR TRL
WIGGINS MS 39577-7900

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OHIO 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY UT 84130-0939

FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE MN 55347-4120

FIRST ELECTRONIC BANK
PO BOX 4499
BEAVERTON OR 97076-4499

FORD MOTOR CREDIT
PO BOX 790093
SAINT LOUIS MO 63179-0093

~~EXCLUDE~~

~~(D)FORD MOTOR CREDIT COMPANY LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

FORD MOTOR CREDIT COMPANY LLC
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC
CO PAT HENLEY
PO BOX 389
JACKSON MS 39205-0389

FORD MOTOR CREDIT COMPANY LLC DEPARTMENT
AIS PORTFOLIO SERVICES LLC
ACCOUNT XXXXXXXXXXXXXXXX9960
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

HENLEY LOTTERHOS HE
PO BOX 389
JACKSON MS 39205-0389

HMC GROUP
29065 CLEMENTS RD
WESTLAKE OH 44145-1179

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LINCOLN AUTOMOTIVE FIN
POB 542000
OMAHA NE 68154-8000

MARINER FINANCE LLC
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT MS 39502-1810

MEMORIAL HOSPITAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT MS 39502-0175

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

SANTANDER CONSUMER USA INC
1601 ELM ST SUITE 800
DALLAS TX 75201-7260

SANTANDER CONSUMER USA
PO BOX 961211
FORT WORTH TX 76161-0211

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

DEBTOR

DENNIS WAYNE HUGHES
30 HILLSDALE RD
PERKINSTON MS 39573-4998

REBECCA DAWN HUGHES
30 HILLSDALE RD
PERKINSTON MS 39573-4998

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~