**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Dennis Wayne Hughes** **Case No. 23-50094-KMS**
**Rebecca Dawn Hughes, Debtors** **CHAPTER 13**

**ORDER MOTION TO MODIFY PLAN**

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK # 74 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors are authorized to retain the portion of the post-petition inheritance proceeds in the amount of $9,565.36 remaining after payment of $4,000.00 for Claim #1 filed by Ford Motor Company and applicable Chapter 13 Trustee's fees through the Chapter 13 Plan.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR