**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Dennis Wayne Hughes** **Case No. 23-50094-KMS**
**Rebecca Dawn Hughes, Debtors** **Chapter 13**

# DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Dennis Wayne Hughes______________ 10-28-2026___
Dennis Wayne Huges — Date

/s/ Rebecca Dawn Hughes______________ 10-28-2026___
Rebecca Dawn Hughes — Date

/s/ Thomas C. Rollins, Jr.______________ 10-28-2026___
Thomas C. Rollins, Jr., MS Bar No. 103469 — Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On October 29, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.____________
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DENNIS WAYNE HUGHES
REBECCA DAWN HUGHES

CASE NO: 23-50094

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/29/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DENNIS WAYNE HUGHES
REBECCA DAWN HUGHES

CASE NO: 23-50094

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/29/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50094
SOUTHERN DISTRICT OF MISSISSIPPI
THU OCT 29 7-1-17 PST 2026

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

AMERICAN MEDICAL RESPONSE
250 HEMBREE PARK DRIVE
SUITE 12
ROSWELL GA 30076-3897

AARONS
12057 HWY 49
STE C
GULFPORT MS 39503-3177

AFFIRM INC
650 CALIFORNIA ST
FL 12
SAN FRANCISCO CA 94108-2716

AVANTWEBBANK
222 N LASALLE ST
CHICAGO IL 60601-1003

CREDENCE RESOURCE MANAGEMENT
PO BOX 2420
SOUTHGATE MI 48195-4420

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117-6217

CITIBANK
PO BOX 6497
SIOUX FALLS SD 57117-6497

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMENITY CAPITAL
PO BOX 182120
COLUMBUS OH 43218-2120

DENNIS HUGHES JR
744 TAMAR TRL
WIGGINS MS 39577-7900

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OHIO 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY UT 84130-0939

FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE MN 55347-4120

FIRST ELECTRONIC BANK
PO BOX 4499
BEAVERTON OR 97076-4499

FORD MOTOR CREDIT
PO BOX 790093
SAINT LOUIS MO 63179-0093

~~EXCLUDE~~

~~(D)FORD MOTOR CREDIT COMPANY LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

FORD MOTOR CREDIT COMPANY LLC
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC
CO PAT HENLEY
PO BOX 389
JACKSON MS 39205-0389

FORD MOTOR CREDIT COMPANY LLC DEPARTMENT
AIS PORTFOLIO SERVICES LLC
ACCOUNT XXXXXXXXXXXXXXX9960
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

HENLEY LOTTERHOS HE
PO BOX 389
JACKSON MS 39205-0389

HMC GROUP
29065 CLEMENTS RD
WESTLAKE OH 44145-1179

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LINCOLN AUTOMOTIVE FIN
POB 542000
OMAHA NE 68154-8000

MARINER FINANCE LLC
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT MS 39502-1810

MEMORIAL HOSPITAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT MS 39502-0175

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

SANTANDER CONSUMER USA INC
1601 ELM ST SUITE 800
DALLAS TX 75201-7260

SANTANDER CONSUMER USA
PO BOX 961211
FORT WORTH TX 76161-0211

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

DEBTOR

DENNIS WAYNE HUGHES
30 HILLSDALE RD
PERKINSTON MS 39573-4998

REBECCA DAWN HUGHES
30 HILLSDALE RD
PERKINSTON MS 39573-4998

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~